IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

JACKIE DEWAYNE ANDREWS, #1004705 §

VS.                                    §                    CIVIL ACTION NO. 6:07cv307

DIRECTOR, TDCJ-CID                     §

<u>ORDER OF TRANSFER</u>

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the petition for a writ of habeas corpus and motion for leave to file a second or successive petition for a writ of habeas corpus are **TRANSFERRED** to the Fifth Circuit in accordance with *In re Epps*, 127 F.3d 364 (5th Cir. 1997).

**SIGNED this 6th day of August, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE